# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) CR 09-905-TUC-DCB ) |
| vs. | ) ORDER ) ) |
| David Alejo-Martinez, et al., | ) ) |
| Defendant(s). | ) ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendants': Motion to Sever Counts and Defendants, Motion to Dismiss Count II as to Defendant Sanchez, and Motion to Dismiss Count I.

Magistrate Judge Marshall conducted a hearing on April 1, 2010, and issued her Report and Recommendation on April 5, 2010 . A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

/ / /

/ / /

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation (Doc. No. 119) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Motion to Sever Counts and Defendants (Doc. No. 83) is DENIED; the Government's Motion to Dismiss Count II as to Defendant Sanchez (Doc. No. 95 at 2 ¶¶ 24-25) is GRANTED and the Motion to Dismiss Count II (Doc. No. 84) filed by Defendant Sanchez is denied as moot; and, the Motion to Dismiss Count I (Doc. No. 92) is DENIED.

IT IS FURTHER ORDERED that Count II is dismissed against Defendant Sanchez. A jury trial remains set on May 11, 2010 for the four remaining Defendants.

DATED this 16th day of April, 2010.

David C. Bury
United States District Judge